No. 5519.  BRADLEY v. McMANN, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 5533.  ARAUJO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 5537.  FURGISON v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 5560.  SATTERLY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 5577.  CHEEKS v. RUSSELL, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 5589.  NALL v. CHOCTAW CONSTRUCTION CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 5594.  JONES v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 5616.  HAMRICK v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 5618.  GREY v. VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 5634.  LILLIE v. BRANTLEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 5666.  WINGATE v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 5681.  SMALLEY v. CIRCUIT COURT FOR BROWARD COUNTY.  Sup. Ct. Fla.  Certiorari denied.